UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JEREMY DANIEL MANNING,<br><br>                Defendant. | CASE NO. CR22-0121-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

      This matter comes before the Court on a motion by Defendant Jeremy Daniel Manning seeking to continue the trial date from October 24, 2022 to March 13, 2023. Dkt. No. 18. Mr. Manning has waived his rights to a speedy trial under the Speedy Trial Act through April 15, 2023. Dkt. No. 20. The Government does not oppose the continuance. Dkt. No. 18 at 1.

      Based on the facts set forth in the motion and the record in this case, the Court finds that the ends of justice would best be served by granting the requested continuance. The additional time requested is a reasonable period of delay as the Defendant and his counsel have requested more time to review discovery, prepare for trial, investigate the matter, gather evidence material to the defense, investigate and prepare a pretrial motion, and consider possible defenses. *See* Dkt.

No. 18 at 3–4. A failure to grant the continuance would deny the defense a reasonable time necessary for effective preparation for trial and other pretrial proceedings, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that these ends outweigh the best interests of the public and the Defendant in any speedier trial. *See* 18 U.S.C. § 3161(h)(7)(A). For these reasons, the failure to grant a continuance would also be likely to result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

For the foregoing reasons, the motion is GRANTED. Dkt. No. 18. The trial date shall be continued from October 24, 2022 to March 13, 2023. Pretrial motions must be filed no later than January 23, 2023.

It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the current trial date of October 24, 2022 to the new trial date is EXCLUDED when computing the time within which the trial must commence under the Speedy Trial Act.

Dated this 16th day of September, 2022.

Lauren King
United States District Judge