UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JEREMY DANIEL MANNING,<br><br>    Defendant. | CASE NO. 2:22-cr-00121-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

  This matter comes before the Court on Defendant Jeremy Daniel Manning's Unopposed Motion to Continue Trial Date and Extend Pretrial Motions Deadline. Dkt. No. 27. Mr. Manning seeks to continue the trial date from March 13, 2023 to June 20, 2023, and to continue the pretrial motions deadline from January 23, 2023 to May 9, 2023. *Id.* at 1. The Government does not oppose the motion. *Id.*

  Mr. Manning is charged with one count of Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2). Dkt. No. 12 at 1–2.

  Mr. Manning requests a new trial date of June 20, 2023 because he was recently assigned new counsel after his prior attorney left the Federal Defender's office in mid-December 2022. Dkt.

No. 27 at 1. His newly assigned counsel needs additional time to review "thousands of pages of reports and substantial electronic discovery," as well as work product from prior defense counsel. *Id.* at 2. Mr. Manning has waived his right to a speedy trial through July 5, 2023. Dkt. No. 28.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Manning in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Manning reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 27, and ORDERS that the trial date shall be continued from March 13, 2023 to June 20, 2023, and that the pretrial motions deadline shall be continued from January 23, 2023 to May 9, 2023. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the original March 13, 2023 trial date to the new trial date is EXCLUDED when computing the time within which Defendant's trial must commence under the Speedy Trial Act.

Dated this 5th day of January, 2023.

Lauren King
United States District Judge