UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00121-LK |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |
| v. | |
| JEREMY DANIEL MANNING, | |
| Defendant. | |

This matter comes before the Court on Defendant Jeremy Daniel Manning's Unopposed Motion to Continue Trial & Pretrial Motions Deadline. Dkt. No. 58. Mr. Manning seeks to continue the trial date from April 21, 2025 to February 23, 2026, and to continue the pretrial motions deadline from March 10, 2025 to "an appropriate date." *Id.* at 1; *see also* Dkt. No. 51 (setting current trial date and pretrial motions deadline). The Government does not oppose the motion. Dkt. No. 58 at 2.

Mr. Manning is charged with one count of Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2). Dkt. No. 12 at 1–2. This is Mr. Manning's seventh request for a trial date continuance. Dkt. Nos. 18, 27, 30, 34, 43, 50, 58.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE - 1

1    Mr. Manning requests a new trial date of February 23, 2026 because his counsel, who was

2    appointed on March 21, 2024, states that he is "unable to prepare this case for trial by April 21,

3    2025, or research, write, and file pretrial motions by March 10, 2025—the present pretrial motions

4    deadline." Dkt. No. 58 at 3–4. Defense counsel avers that "Mr. Manning is committed to going to

5    trial and wishes to litigate a large number of pretrial motions." *Id.* at 4. Counsel has worked with

6    Mr. Manning "to prepare for trial and draft pretrial motions . . . , but the crushing press of

7    [counsel's] other professional obligations has impaired [his] ability to complete those tasks." *Id.*

8    In addition, defense counsel has been dealing with personal health challenges. *Id.*[1] He states that

9    based on these facts, "[i]f this case were to proceed to trial as presently scheduled, Mr. Manning

10   would be deprived of the effective assistance of counsel." *Id.* at 5. Mr. Manning has waived his

11   speedy trial rights through March 23, 2026. Dkt. No. 57 at 1–2.

12   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by

13   granting a continuance outweigh the best interest of the public and Mr. Manning in any speedier

14   trial. Specifically, the Court finds that failure to grant the requested continuance would likely result

15   in a miscarriage of justice and would deny defense counsel the reasonable time necessary for

16   effective preparation, taking into account the exercise of due diligence, due to counsel's need for

17   more time to draft and file pretrial motions and to prepare for trial. *See* 18 U.S.C.

18   § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period

19   of delay and will be necessary to provide counsel and Mr. Manning reasonable time to accomplish

20   the above tasks.

21   For these reasons, the Court GRANTS the motion, Dkt. No. 58, and ORDERS that the trial

22   date shall be continued from April 21, 2025 to February 23, 2026, and the pretrial motions deadline

23

24   _____

[1] The Court is sorry to hear of these developments and wishes counsel a speedy recovery.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL
MOTIONS DEADLINE - 2

shall be continued from March 10, 2025 to December 29, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Defendant's trial must commence under the Speedy Trial Act.

Dated this 10th day of February, 2025.

Lauren King
United States District Judge