UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JEREMY DANIEL MANNING,<br><br><br>               Defendant. | CASE NO. 2:22-cr-00121-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant Jeremy Daniel Manning's Unopposed Motion to Continue Trial & Pretrial Motions Deadline. Dkt. No. 63. Mr. Manning seeks to continue the trial date from February 23, 2026 to August 31, 2026, and to continue the pretrial motions deadline from December 29, 2025 to "an appropriate date." *Id.* at 1; *see also* Dkt. No. 59 (setting current trial date and pretrial motions deadline). The Government does not oppose the motion. Dkt. No. 63 at 2.

1    Mr. Manning is charged with one count of Possession of Child Pornography in violation

2    of 18 U.S.C. § 2252(a)(4)(B) and (b)(2). Dkt. No. 12 at 1–2. This is Mr. Manning's eighth request

3    for a trial date continuance. Dkt. Nos. 18, 27, 30, 34, 43, 50, 58, 63.

4    Mr. Manning requests a new trial because "[u]nforeseeable and uncontrollable

5    circumstances have derailed [his counsel's] ability to prepare this case for trial." Dkt. No. 63 at 4.

6    Those circumstances include "the CJA funding deferral," which has "made it virtually impossible

7    to retain an investigator or a computer forensics expert to work on the case," and both of defense

8    counsel have "together tried two federal cases already this year . . . and are scheduled" for a third

9    trial starting on January 6, 2026. *Id.* at 4–5. In light of "the funding shortfalls and crushing press

10    of [counsel's] other professional obligations," defense counsel "will be unable to prepare this case

11    for trial by February 23, 2026, or research, write, and file pretrial motions by December 29, 2025—

12    the present pretrial motions deadline." *Id.* at 5. Mr. Manning states that based on these facts, "[i]f

13    this case were to proceed to trial as presently scheduled, [he] would be deprived of the effective

14    assistance of counsel." *Id.* at 6. Mr. Manning has waived his speedy trial rights through September

15    30, 2026. Dkt. No. 62 at 1–2.

16    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by

17    granting a continuance outweigh the best interest of the public and Mr. Manning in any speedier

18    trial. Specifically, the Court finds that failure to grant the requested continuance would likely result

19    in a miscarriage of justice and would deny defense counsel the reasonable time necessary for

20    effective preparation, taking into account the exercise of due diligence, due to counsel's need for

21    more time to draft and file pretrial motions and to prepare for trial. *See* 18 U.S.C.

22    § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period

23    of delay and will be necessary to provide counsel and Mr. Manning reasonable time to accomplish

24    the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 63, and ORDERS that the trial date shall be continued from February 23, 2026 to August 31, 2026, and the pretrial motions deadline shall be continued to July 20, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Defendant's trial must commence under the Speedy Trial Act.

Dated this 3rd day of December, 2025.

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE - 3